**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**EDMOND MEYOU,**

    **Plaintiff,**

      **v.**

**U.S. DEPARTMENT OF STATE, et al.,**

    **Defendants.**

**Civil Action No. 21-2806 (JDB)**

## <u>ORDER</u>

Upon consideration of [6] defendants' motion to dismiss, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: <u>May 17, 2022</u>